PEOPLE ex rel. SOHN v. MASHBICHER CONGREGATION. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Proceeding by the People of the State of New York, on the relation of Louis Sohn, against the Mashbicher Congregation. No opinion. Motion denied, with $10 costs. Order filed. Memorandum per curiam. See, also, 138 N. Y. Supp. 1137.

PEOPLE ex rel. SOHN, Appellant, v. MASH-BICHER CONGREGATION, Respondent. (Supreme Court, Appellate Division, First Department. November 22, 1912.) Proceeding by the People of the State of New York, on the relation of Louis Sohn, against the Mashbicher Congregation. M. Schleimer, of New York City, for appellant. M. Kaufman, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed. See, also, 138 N. Y. Supp. 1137.

PEOPLE ex rel. STANDARD BILL POSTING CO., Respondent, v. HASTINGS, Building Inspector, Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1912.) Proceeding by the People of the State of New York, on the relation of the Standard Bill Posting Company, against T. James Hastings, as Building Inspector of the City of Newburgh. No opinion. Order (77 Misc. Rep. 453, 137 N. Y. Supp. 186) affirmed, with $10 costs and disbursements.

PERLEY, Appellant, v. SHUBERT, Respondent. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Frank L. Perley against Lee Shubert. F. Bien, of New York City, for appellant. W. Klein, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 128 App. Div. 925, 112 N. Y. Supp. 1143.

PETERS, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 20, 1912.) Action by George A. Peters against the International Railway Company. No opinion. Order affirmed, with $10 costs and disbursements.

PETERS et al. v. PETERS et al. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Amelia Peters and others against William H. Peters and others. M. L. Stover, of New York City, for appellant. Carmody & Carswell, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 138 N. Y. Supp. 1137.

PETERS et al. v. PETERS et al. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Amelia Peters and others against William H. Peters and oth-

138 N.Y.S.—72

ers. No opinion. Motion to dismiss appeal denied, without costs. Order filed. See, also, 137 App. Div. 635, 122 N. Y. Supp. 363; 138 N. Y. Supp. 1137.

PFEIFFER, Respondent, v. IRON ELEVATOR & TRANSFER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 13, 1912.) Action by Ida Pfeiffer, as administratrix, etc., against the Iron Elevator & Transfer Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. *Held,* that the verdict of the jury is contrary to and against the weight of the evidence, both as to defendant's negligence and freedom from contributory negligence on the part of plaintiff's intestate, and upon the further ground that the statements of Blanchfield to Godbold were improperly received. They were not competent to impeach Blanchfield, the plaintiff's own witness, and were hearsay.

McLENNAN, P. J., dissents, upon the ground that the verdict of the jury is amply sustained by the evidence, both as to defendant's negligence and freedom from contributory negligence on the part of plaintiff's intestate.

PHYFE, Respondent, v. COHEN, Appellant. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Anna A. Phyfe against Nettie Cohen. C. A. Strauss, of New York City, for appellant. H. A. Mark, of New York City, for respondent. No opinion. Judgment (74 Misc. Rep. 269, 131 N. Y. Supp. 620) affirmed, with costs. Order filed.

PIASECKI, Respondent, v. CROSSTOWN ST. RY. CO. OF BUFFALO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 20, 1912.) Action by Albert Piasecki against the Crosstown Street Railway Company of Buffalo and another. No opinion. Judgment and order affirmed, with costs.

PINDAR, Respondent, v. SHELLMAN et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by William D. Pindar against Richard Shellman and another, as administrators, etc. No opinion. Judgment unanimously affirmed, with costs.

PIRIE v. EMERY. SAME v. CURRAN. SAME v. SOMERS. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Actions by John T. Pirie against Joseph H. Emery, against Philip A. Curran, and against Thos. F. Somers. B. N. Cardozo, of New York City, for appellants. E. P. Hoes, of New York City, for respondent. No opinions. Judgments and orders affirmed, without costs. Settle orders on notice.